AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Young, William G. | 2. Court or Organization<br><br>United States District Court, District of Massachusetts | 3. Date of Report<br><br>11/04/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>United States District Courthouse-John Joseph Moakley Federal Courthouse<br>1 Courthouse Way, Suite 5710<br>Boston, MA 02210 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lecturer & Faculty Member | Boston University Law School |
| 2. Lecturer & Faculty Member | Massachusetts Continuing Legal Educ., Inc. |
| 3. Trustee | Trust |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan-May 13 | Boston University-Teaching Income | $16,900.00 |
| 2. Sep-Dec 13 | Massachusetts Continuing Legal Educ., Inc. (Teaching Income) | $7,500.00 |
| 3. | Thompson-West (Book Royalty) | $5,425.85 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Boston Bar Assn | 2/7/2013 | Boston, MA | CLE Teaching | Parking |
| 2. | NYIPLA | 3/22/2013 | New York, N.Y. | Patent Law Dinner | Food, Lodging & Transportation |
| 3. | Practicing Law Inst | 4/3/2013 | New York, N.Y. | CLE Teaching | Transportation |
| 4. | ABA | 6/6/2013 | Washington, D.C. | CLE Teaching | Transportation |
| 5. | CT Trial Lawyers Assn | 6/10/2013 | East Westbrook, CT | CLE Teaching | Food, Lodging & Transportation |
| 6. | Intellectual Property Owners Assn | 9/30/2013 | Boston, MA | CLE Teaching | Parking |
| 7. | New England School of Law | 11/8/2013 | Boston, MA | Symposium Speaker | Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 11/04/2014 |

| 8. | U. Penn Law Rev. | 11/15/2013 | Philadelphia, PA | Symposium Speaker | Transportation & Food |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 11/04/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 11/04/2014 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Bank of America, Needham, MA (Savings, IRA, CD's) | D | Interest | N | T | | | | | |
| 2. | Dedham Savings Bank, Needham, MA (2) CD's (X) | A | Interest | K | T | | | | | |
| 3. | Akamai Common Stock | | | J | T | | | | | |
| 4. | AT & T Common Stock | A | Dividend | J | T | | | | | |
| 5. | Metlife Common Stock | A | Dividend | J | T | | | | | |
| 6. | Verizon Common Stock | A | Dividend | J | T | | | | | |
| 7. | Listed below are the assets of a trust. I am the Trustee: | | | | | | | | | |
| 8. | AT & T | A | Dividend | K | T | Buy | 7/13/13 | K | | |
| 9. | BP PLC | B | Dividend | K | T | Buy | 9/6/13 | K | | |
| 10. | BCE Inc | B | Dividend | K | T | Buy | 7/13/13 | K | | |
| 11. | Century Link SHS | D | Dividend | M | T | | | | | |
| 12. | Chevron | B | Dividend | M | T | Buy | 7/13/13 | M | | |
| 13. | ABBVIE Inc SHS | | None | K | T | Buy | 10/29/13 | K | | |
| 14. | AMN Elec Power Co | | None | K | T | Buy | 11/13/13 | K | | |
| 15. | Automatic Data Proc | | None | K | T | Buy | 11/22/13 | K | | |
| 16. | Bristol Myers Squibb | | None | L | T | Buy | 10/29/13 | L | | |
| 17. | Conagra Foods | A | Dividend | K | T | Buy | 8/21/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 11/04/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Digital Realty Tr Inc | A | Dividend | K | T | Buy | 10/29/13 | K | | |
| 19. Dupont Ei De Nemours | A | Dividend | J | T | Buy | 10/29/13 | J | | |
| 20. Ford Motor Co | | None | | | Sold | 1/29/13 | K | A | |
| 21. General Electric | | None | K | T | Buy | 10/29/13 | K | | |
| 22. Glaxo Smith Kline | C | Dividend | K | T | Buy | 11/13/13 | K | | |
| 23. ING Groep NY | A | Dividend | | | Sold | 2/15/13 | K | A | |
| 24. Intel Corp | C | Dividend | L | T | | | | | |
| 25. Kimberely Clark | A | Dividend | K | T | Buy | 4/19/13 | K | | |
| 26. Kraft Foods Group | | None | K | T | Buy | 8/21/13 | K | | |
| 27. McDonald's Corp | A | Dividend | K | T | Buy | 10/29/13 | K | | |
| 28. Neexterra Energy Inc | A | Dividend | K | T | Buy | 10/29/13 | K | | |
| 29. Occidental Petroleum | A | Dividend | K | T | Buy | 4/19/13 | K | | |
| 30. Paccar Inc | A | Dividend | K | T | Buy | 10/29/13 | K | | |
| 31. PPL Corp | | None | K | T | Buy | 10/29/13 | K | | |
| 32. Spectra Energy Corp | A | Dividend | K | T | Buy | 10/29/13 | K | | |
| 33. Thompson Reuters Corp | A | Dividend | K | T | Buy | 4/10/13 | K | | |
| 34. Toronto Dominion Bank | | None | K | T | Buy | 10/29/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 11/04/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ventas Inc Reit | A | Dividend | K | T | Buy | 10/29/13 | K | | |
| 36. Verizon | A | Dividend | K | T | Buy | 8/21/13 | K | | |
| 37. Metropolitan Transit | D | Interest | M | T | | | | | |
| 38. NY State Dorm Authy | C | Interest | L | T | | | | | |
| 39. NY State Local C Govt Authy | C | Interest | M | T | | | | | |
| 40. Triborough Bridge & Tunnel Authy | A | Interest | L | T | | | | | |
| 41. John Hancock Signatory Fund * | C | Dividend | O | T | | 8/17/13 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*John Hancock Signatory Fund- Became trustee upon death of former trustee.

| Name of Person Reporting | Date of Report |
|---|---|
| Young, William G. | 11/04/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ William G. Young**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544